IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03383-RBJ-CBS

SHEE HEWLETT,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC., a Massachusetts corporation,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through her counsel of record and for her Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by April 27.

Dated: March 19, 2012.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
88 Inverness Circle East, Suite I-101
Englewood, CO 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff